**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2760**

---

MAGGIE YVONNE BOYD,

Plaintiff - Appellant,

versus

THE CHRISTIAN METHODIST EPISCOPAL CHURCH; THE
NEW YORK/WASHINGTON ANNUAL CONFERENCE OF THE
CHRISTIAN METHODIST EPISCOPAL CHURCH; TRUSTEES
OF ST. JAMES CME CHURCH,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Lynchburg.  James C. Turk, District Judge.
(CA-95-2-L)

---

Submitted:  November 30, 1995        Decided:  January 4, 1996

---

Before WILKINS, NIEMEYER, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Maggie Yvonne Boyd, Appellant Pro Se.  Joy Lee Price, CASKIE &
FROST, Lynchburg, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief in her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Boyd v. The Christian Methodist Episcopal Church</u>, No. CA-95-2-L (W.D. Va. Aug. 8, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>